# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Muhammad Poindexter,

        Petitioner,    :    Case No. 3:09-cv-33

  - vs -    :    District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

Warden Southern Ohio Correctional Facility,    :

    :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #5), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

July 20, 2009.        *S/THOMAS M. ROSE

        Thomas M. Rose
        United States District Judge